IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEENA MORGAN and MINOR,

    Plaintiffs,                      No. CIV S-06-0339 GEB PAN (GGH) PS

    vs.

STATE OF TEXAS et al.,           FINDINGS & RECOMMENDATIONS

    Defendants.

_____/

        By order filed April 19, 2006, plaintiff was granted thirty days to file an amended complaint that (1) named Ms. Morgan's minor daughter as a plaintiff only if her daughter was legally represented, and (2) named only proper defendants. The thirty-day period set forth in that order has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, for the reasons given in the court's April 19, 2006 order, and for plaintiff's failure to respond to that order, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).[1]

---

[1] The court has given consideration to plaintiff's status as a pro se litigant. Ferdik v. Bonzelet, 963 F.2d 1258, 1261 (9th Cir. 1992). The court carefully explained the defects in plaintiff's original complaint and advised plaintiff that failure to correct them may result in dismissal.

1

These findings and recommendations are submitted to the Honorable Garland E. Burrell, Jr., the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 6/21/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

NOW6: MORGAN.F&R.fta