IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHEENA MORGAN, | ) | 2:06-cv-339-GEB-PAN-(GGH)-PS |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| STATE OF TEXAS, et al., | ) | |
| Defendants. | ) | |

      Plaintiff's September 27, 2006 motion for extension of time to appeal is denied because Plaintiff has not shown excusable neglect or good cause, as required by Federal Rule of Appellate Procedure Rule 4(a)(5)(A)(ii).  Additionally, Plaintiff has not provided proof that Defendants were given notice of Plaintiff's September 27 motion as required by Rule 4(a)(5)(B), and nothing in the docket suggests that said notice has been provided.

///

///

///

1  The Clerk of the Court shall serve a copy of this Order on
2 the United States Court of Appeals for the Ninth Circuit.
3  IT IS SO ORDERED.

Dated:  April 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge